UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

Jason Plummer

              Defendant(s).
-------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-cr-00310

Defendant Jason Plummer hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer

- ☒ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☒ Guilty Plea/Change of Plea Hearing

- ☐ Bail/Detention Hearing

- ☐ Conference Before a Judicial Officer - Assignment of Counsel

/s/ Jason Plummer
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

JASON PLUMMER
Print Defendant's Name

Defendant's Counsel's Signature

AARON M. GOLDSMITH, ESQ.
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/25/21
Date

U.S. District Judge/U.S. Magistrate Judge