UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                           Plaintiff,

-against-

JASON PLUMMER,

                           Defendant.
------------------------------------------------------------X

**MEMORANDUM**

21 Cr. 310 (NSR)

TO: Nelson S. Román, United States District Judge:

      Please find attached a transcript of the June 15, 2021 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: August 19, 2021
       White Plains, New York

                                                Respectfully Submitted,

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge